PER CURIAM.
Affirmed. See and compare AFM Corporation v. Southern Bell Telephone and Telegraph Company, 515 So.2d 180 (Fla.1987); J. Allen, Inc. v. Humana of Florida, Inc., 571 So.2d 565 (Fla. 2d DCA 1990); Kingswharf Ltd. v. Kranz, 545 So.2d 276 (Fla. 3d DCA 1989); John Brown Automation, Inc. v. Nobles, 537 So.2d 614 (Fla. 2d DCA 1988); Larry Kent Homes, Inc. v. Empire of America FSA, 474 So.2d 868 (Fla. 5th DCA 1985); State ex rel. Herring v. Murdock, 345 So.2d 759 (Fla. 4th DCA 1977).